No. 450, Misc. FORD v. NEW YORK. County Court of Erie County, New York. Certiorari denied.

No. 451, Misc. COLLINS v. BANNAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 454, Misc. LUJAN v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied.

No. 456, Misc. MOODY v. ROBBINS, WARDEN. Supreme Judicial Court of Maine. Certiorari denied.

No. 457, Misc. JEROME v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 461, Misc. HENSON v. ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM, ET AL. C. A. 5th Cir. Certiorari denied.

No. 462, Misc. SORIMPT v. DELMORE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 465, Misc. PRIEGEL v. TEETS, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 466, Misc. SPENCER v. STEELE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 467, Misc. MILLER v. TEETS, WARDEN, ET AL. Supreme Court of California. Certiorari denied.

No. 471, Misc. DAVIS v. SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied.